To the Court

My name is Robert Roark and I writing this letter on behalf of my younger brother, Dan Roark. I have known Dan all my life. I cannot begin to debate with you the legitimacy of the charges he is facing. I can only describe the man that I knew. I knew him as a loving. caring, intelligent and respectable man who always put himself before others.

We were both placed into foster at young ages and sent to different homes. Eventually we were able reunite and adopted with the same family. Our new parents lacked the skills necessary for caring for children. We had strict rules and at times were physically abused. At age 18 after graduating high school, he enlisted in the Army where he excelled in his abilities earning many honors such as the Sergeant Morales Award. After his discharge he decided to follow his passion of becoming a police officer. He started his career in corrections with the Knox County Sheriff's Office where he again excelled at his duties earning his high praises from the command staff. Dan eventually applied and was hired by the Knoxville Police department. There he also earned awards and praises from his superiors for his efforts in policing. He has participated in many community events with the department and been a stellar part of policing in the Knoxville area. Dan is very efficient, detailed oriented, and very competent in his abilities as not only as a person but also a police officer. Dan has been very successful in accomplishing any task he sets his mind too. He is well organized and never misses deadlines or forgets an assignment. Dan also has an excellent rapport with people and his colleagues. He has excellent communications skills that has enabled him to connect with all kinds of people.

It is very unfortunate we find ourselves here. Dan's actions are very much out of character from the man that I know. I have never known him to conduct himself in a negative manner that may bring dishonor to his name, family, or the department. This is his first time being charged with any type of criminal activity. I respectfully ask your honor to take these words into consideration when sentencing him. I ask that your sentence be merciful and not punitive, and that you consider all the people who consequently miss him, and especially how is absence will affect the lives of his family.

Sincerely,

Robert Roark